IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Isaac Murray, | ) | C/A NO.  3:13-2552-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Judge Paige J. Gossett; and All the People in the World, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court on February 21, 2013.  ECF No. 1.  On October 17, 2013, this court adopted the Report and Recommendation of the Magistrate Judge and denied Plaintiff's motion to proceed *in forma pauperis* (*ifp*).  Plaintiff was given until Friday, November 1, 2013, to pay the full filing fee.  Plaintiff was also warned that failure to pay the full filing fee by that date would result in dismissal of this matter without prejudice.

Plaintiff has failed to pay the filing fee.  Accordingly, this matter is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
November 4, 2013

1